IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PAUL CARTER                                                                              PLAINTIFF

v.                                    Civil No. 6:24-cv-06052-SOH-CDC

SHERIFF MIKE McCORMICK, *et. al*.                                                          DEFENDANTS

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Currently before the Court is Plaintiff's Motion for Subpoena. (ECF No. 38).

In this Motion, Plaintiff starts with a paragraph stating he is "filing this motion to subpoena the grievances and the pictures the officer took of hazardous castor bean found in there [sic] food." (*Id*. at 1). Plaintiff then lists three other inmates and requests copies of grievances submitted by those inmates. (*Id*.). Based on this Motion, it is not entirely clear as to whether Plaintiff is seeking grievances and pictures related to himself plus grievances from other inmates, or if the entire motion asks only for the grievances and information submitted to the Garland County Detention Center by the other three inmates.

Accordingly, Plaintiff is DIRECTED to submit a Supplement to his motion clarifying this issue for the Court. This Motion Supplement should be filed with the Court no later than April 2, 2025.

IT IS SO ORDERED this 10th day of March 2025.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE